

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

CASE NO.:

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

GUY M. ARILLO,

       Defendant.
_____/

**CIVIL COMPLAINT COVER SHEET**

1. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? _____Yes __✓__No

                                 Respectfully submitted,

                                 THOMAS E. SCOTT
                                 UNITED STATES ATTORNEY

                BY: MARY F. DOOLEY
                    ASSISTANT U.S. ATTORNEY
                    99 N.E. 4TH STREET
                    Suite 300
                    Miami, FL 33132
                    Tel No. (305) 961-9376
                    Fax No. (305) 530-7195
                    Bar No. A5500282

DATED __1/14/00__