AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

### SUMMONS IN A CIVIL ACTION

United States of America

Case Number:

99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

v.

GUY M. ARILLO
4200 INVERRARY BLVD.
LAUDERHILL, FL 33319

TO: (Name and Address of Defendant)

> GUY M. ARILLO
> 4200 INVERRARY BLVD.
> LAUDERHILL, FL 33319

YOU ARE HEREBY SUMMONED and required serve upon Plaintiff's Attorney

> Mary F. Dooley
> Assistant United States Attorney
> 99 NE 4TH STREET
> 3RD FLOOR
> MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable time after service.

Clarence Maddox  CLERK           JAN 1 4 2000   DATE

_____
(BY) DEPUTY CLERK