UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 00-06075-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff

vs.

GUY M. ARILLO

        Defendant.
_____/



FILED by _____ D.C.

FEB 17 2000

CLARENCE M_____
CLERK U.S. DIST CT
S.D. OF FLA. FT. LAUD

FINAL JUDGMENT BY CONSENT

    Plaintiff, the United States of America, having filed its Complaint herein, and the defendant, having consented to the making and entry of this Final Judgment without trial, hereby agree as follows:

    1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

    2. The defendant hereby acknowledges and accepts service of the complaint filed herein.

    3. The defendant hereby agrees to the entry of a consent judgment in the sum of $6579.34 (principal of $4249.37, administrative cost of $.00 and interest in the amount of $2329.97 through **February 11, 2000** plus interest at 8.8 percent per annum from **February 11, 2000**, through the date of judgment and interest at the legal rate thereafter until paid in full.

    4. This judgment shall be recorded among the records of the Circuit Court in the County of residence of the defendant, and all other jurisdictions where it is determined by the plaintiff that the



defendant owns real or personal property.

5. The defendant shall keep the United States currently informed in writing of any material change in his or her financial situation or ability to pay, and of any change in his or her employment, place of residence or telephone number. Defendant shall provide such information to the United States Attorney, Financial Litigation Unit, 99 N.E. 4th Street, Suite 300, Miami, FL 33132.

6. The defendant shall provide the United States with current, accurate evidence of his or her assets, income and expenditures (including, but not limited to his or her Federal Income Tax returns) within fifteen (15) days of a request for such evidence by the United States Attorney.

7. This Case is Closed.

Respectfully submitted,

Thomas E. Scott
United States Attorney

Date: 2/11/00

_____
Mary F. Dooley
Assistant U.S. Attorney
99 Ne 4th Street
3rd Floor
Miami, 33132-2111

Date: 2-8-00

_____
Guy M. Arillo
4200 Inverrary Blvd.
Lauderhill, FL 33319
Defendant Phone: 9547350126

APPROVED THIS 17 DAY OF February, 2000.

_____
WILLIAM P. DIMITROULEAS
United States District Judge