UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06075-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GUY M. ARILLO,

        Defendant.

_____/

## **RELEASE OF LIEN**

The judgment entered in favor of the United States of America, in the above-entitled case

having been discharged by the U.S. Department of Justice, the Clerk of the United States District

Court for the Southern District of Florida is authorized and empowered to cancel said judgment of

record. Said judgment was duly recorded on November 2, 2001, in the Public Records of Broward

County, Florida in Official Records Book 32319, Page 1541.

RELEASE OF LIEN
U.S. v. GUY M. ARILLO
CASE NO.   00-06075-CIV-DIMITROULEAS


Witness my hand and seal this
_9_ day of _july_ A.D. 2005

Signed, Sealed and Delivered in
Presence of:

_Sara Garcia_
Sara Garcia

_Sylvia Acosta_
Sylvia Acosta

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By:   _Karin D. Wherry_
Karin D. Wherry
Assistant United States Attorney
99 N.E. 4th Street, Room 300
Miami, FL 33132
Tel No.(305) 961-9311
Fax No.(305) 530-7195


STATE OF FLORIDA,
COUNTY OF DADE,


        I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid, to take acknowledgments, personally appeared Karin D. Wherry, Assistant U.S. Attorney to me known to be the person described in and who executed the foregoing instrument and she acknowledged before me that she executed the same.

        WITNESS my hand and official seal in the County and State last aforesaid this _10_ day of _July_, A.D. 2005.

_Colleen A. Perez_
Colleen A. Perez
NOTARY PUBLIC, State of Florida

Colleen A. Perez
MY COMMISSION # DD147874 EXPIRES
September 30, 2006
BONDED THRU TROY FAIN INSURANCE, INC.

[X]  PERSONALLY KNOWN TO ME and
[X]  DID NOT take an oath

2